Scott Edward Cole, Esq. (S.B. #160744)
Teresa D. Allen, Esq. (S.B. #264865)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone:   (510) 891-9800
Facsimile:    (510) 891-7030
Email:    scole@scalaw.com
Email:    tallen@scalaw.com
Web:      www.scalaw.com


Timothy P. Rumberger, Esq. State Bar #145984
**LAW OFFICES OF TIMOTHY P. RUMBERGER**
1339 Bay Street
Alameda, California 94501
Telephone:   (510) 841-5500
Facsimile:    (510) 521-9700
E-mail: tim@rumbergerlaw.com


Attorneys for Representative Plaintiffs
and the Plaintiff Class

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE TOWER BUILDING
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL.: (510) 891-9800

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DARIN PETERSEN and PAMELA WILHELMS, individually and on behalf of all those similarly situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation, and VOLKSWAGEN AG, a corporation organized under the laws of Germany,<br><br>                    Defendants. | **Case No.  3:16-CV-00300**<br><br>**PLAINTIFFS' REQUEST FOR DISMISSAL OF ACTION WITHOUT PREJUDICE** |

Plaintiffs Darin Petersen and Pamela Wilhelms ("Representative Plaintiffs" or "Plaintiffs"), hereby respectfully request that the Court order the dismissal of Plaintiff's claims without prejudice.

Dated: April 3, 2017

**SCOTT COLE & ASSOCIATES, APC**

By:    /s/ Scott Edward Cole
       Scott Edward Cole, Esq.
       Attorneys for the Representative Plaintiff
       and the Plaintiff Class

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE TOWER BUILDING
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL.: (510) 891-9800